# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149516(51)

BONNIE BLACK, as Next Friend of JESSICA
BITNER, a Minor,
            Plaintiff-Appellee,

v

WILLIAM SHAFER, MARY SHAFER, and
IAN GEARHART,
            Defendants,

and

ANTHONY SHAFER,
            Defendant-Appellant.

_____/

SC:  149516
COA:  312379
Wayne CC:  11-010645-NO

     By order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file her brief on appeal is GRANTED.  The brief will be accepted as timely filed if submitted on or before April 13, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk